UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2669 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 9, 2015, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable John A. Ross.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Ross.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 9, 2015, and, with the consent of that court, assigned to the Honorable John A. Ross.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 22, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASHLEY MADISON CUSTOMER DATA
SECURITY BREACH LITIGATION                                    MDL No. 2669


### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 15−00640 | Doe v. Avid Life Media Inc et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 15−06619 | John Does et al v. Avid Life Media, Inc. et al |
| CAC | 2 | 15−08208 | Szilvia Berki et al v. Avid Life Media, Inc. et al |
| CAC | 2 | 15−08456 | David Poyet v. Avid Life Media, Inc. et al |
| CAC | 5 | 15−02295 | Gustavo Alfaro v. Avid Life Media, Inc. et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 15−00299 | Deloach v. Avid Life Media, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 15−07760 | Doe v. Avid Life Media, Inc. et al |
| ILN | 1 | 15−08270 | Doe v. Avid Life Media et al |
| ILN | 1 | 15−08842 | Pauly v. Avid Life Media, Inc. et al |
| **MARYLAND** | | | |
| MD | 8 | 15−02693 | Russell v. Avid Life Media Inc et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 15−00658 | Doe v. Avid Life Media, Inc. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 15−07017 | Doe v. Avid Life Media, Inc. et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 15−00386 | Doe v. Avid Life Media, Inc. et al |